UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Mag. No. 22-6000 (DEA) |
| : | |
| JOHN DEFAY   : | |

**ORDER**

This matter having been brought before the Court upon application of Jennifer Arbittier Williams, the United States Attorney for the Eastern District of Pennsylvania, (Kelly Harrell, Special Attorney to the United States Attorney General, appearing), for an order sealing the criminal complaint affidavit and arrest warrant issued on this date against defendant John Defay, and for good cause shown,

IT IS on this 3rd day of January, 2022,

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish its purpose, the criminal complaint affidavit, arrest warrant, and this Order be and hereby are SEALED until the arrest warrants are executed or until further order of the Court.

IT IS FURTHER ORDERED that, once the arrest warrant is returned executed that the criminal complaint affidavit, arrest warrant, and this Order be and hereby are unsealed.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE