# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**UNITED STATES v. JOHN DEFAY**            MAG. NO.: 22-6000 (DEA)

                                                         CRIM NO: Not yet assigned

---

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                       (  ) Ad Testificandum

**1.  JOHN DEFAY    SBI# 733241B;    DOB:** 04/26/1969; (hereinafter the "Detainee") is now confined at the:

## Southern State Correctional Facility
## Maurice River, NJ 08314

2.  The Detainee is charged in this District by: ( ) Indictment ( ) Information ( X ) Complaint. An Information charging a violation of Title 18, United States Code, Section 2252(a)(4)(B) will be filed after the guilty plea hearing.

3.  The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4.  The Detainee will be required at the MITCHELL S. COHEN BUILDING & UNITED STATES COURTHOUSE, 4TH & COOPER STREETS, CAMDEN, NEW JERSEY, before Judge Kugler, on **September 26, 2022 at 11:00 a.m.**, for a **Guilty Plea Hearing** in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.


DATED: August 25, 2022                      */s/ Kelly Harrell*
                                                  KELLY HARRELL
                                                  Special Attorney to the
                                                  United States Attorney General
                                                  Petitioner

# O R D E R

Let the Writ Issue.

DATED:  August 26, 2022

_____
JUDGE ROBERT B. KUGLER, U.S.D.J.

# W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of Southern State Correctional Facility:

WE COMMAND YOU that you have the body of

**JOHN DEFAY (SBI # 733241B)**

now confined at the **Southern State Correctional Facility**, brought before the United States District Court, JUDGE ROBERT B. KUGLER, U.S.D.J., MITCHELL S. COHEN BUILDING & UNITED STATES COURTHOUSE, CAMDEN, NEW JERSEY, on **September 26, 2022 at 11:00 a.m.**, for a **Guilty Plea Hearing** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Robert B. Kugler
United States District Court Judge
Camden, New Jersey.

DATED:  August 26, 2022

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:   s/Lawrence MacStravic
       Deputy Clerk